IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 7:14-CV-37 (HL) |
| | : | |
| v. | : | |
| | : | |
| $14,000.00 IN UNITED STATES FUNDS, | : | |
| | : | |
| Defendant Property, | : | |
| | : | |
| CHARLES LEE WILLIAMS and SHANICE ARTAVIA BATTLE, | : | |
| Claimants. | : | |

**CONSENT ORDER**

The Parties have executed and presented to the Court a Joint Notice of Voluntary Election to Withdraw Claim and Answer, and Stipulation for Compromise Settlement and Release of Claims which is attached hereto and made a part of this Order, in which they agreed that $10,000.00 shall be forfeited to the United States, and the remainder of the Defendant Property be released to Claimant Shanice Artavia Battle, through her counsel. Accordingly, the Court hereby makes the following Findings of Fact and Conclusions of Law:

1. The Court has jurisdiction of this matter pursuant to 28 U.S.C. '' 1345 and 1355, and venue is proper pursuant to 28 U.S.C. ' 1395.

2. The United States has furnished due and legal notice of these proceedings as required by law. All persons known to the United States to have a possible interest in the Defendant Property have received actual notice and service of the Complaint and Warrant for Arrest In Rem in this action.

3. Claimants each filed a Claim and an Answer in these proceedings, asserting their interest in a portion of the Defendant Property. No other claims and answers have been filed, and the time for filing claims and answers has now expired.

4. Claimant Charles Lee Williams voluntarily elected to withdraw his Claim and Answer asserting an interest in a portion of the Defendant Property.

5. There is sufficient evidence to warrant a conclusion, by a preponderance of evidence standard, that the Defendant Property is subject to forfeiture in accordance with 21 U.S.C. ' 881(a)(6).

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest of Claimants in $10,000.00 of the Defendant Property is hereby forfeited to the United States.

2. All other right, title, and interest in $10,000.00 of the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee.

3. The United States Attorney General or his authorized designee shall dispose of this property in accordance with the law.

4. The United States Marshals Service shall coordinate the release of the funds in the amount of $4,000.00, payable jointly to the Claimant Shanice Artavia Battle, and her counsel John Randall Hicks, Esq., Post Office Box 1004, 604 N. Patterson Street, Valdosta, Georgia, 31603.

5. Pursuant to 28 U.S.C. ' 2465, no parties shall be entitled to costs, including any costs under 28 U.S.C. ' 2412, nor shall the person or persons who made the seizure of the Defendant Property, nor any attorney, agent, or employee of the

United States, be liable to suit or judgment on account of the seizure of the Defendant Property or prosecution of the instant forfeiture action, there being reasonable cause shown for the seizure.

SO ORDERED, this __12th__, day of __August__, 2014.

                                              **s/ Hugh Lawson**
                                              HUGH LAWSON, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT
                                              MIDDLE DISTRICT OF GEORGIA

THE ENTRY OF THE FOREGOING ORDER IS CONSENTED TO BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

s/DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.  052683
ATTORNEY FOR PLAINTIFF

s/SHANICE ARTAVIA BATTLE
CLAIMANT

s/CHARLES LEE WILLIAMS
CLAIMANT

s/J. RANDALL HICKS, ESQ.
ATTORNEY FOR CLAIMANTS
Georgia Bar No. 351305

     I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.

                                              MICHAEL J. MOORE
                                              UNITED STATES ATTORNEY

                                              s/ DANIAL E. BENNETT
                                              ASSISTANT UNITED STATES ATTORNEY